IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF A MEMBER § 
OF THE BAR OF THE SUPREME § No. 410, 2015
COURT OF THE STATE OF §
DELAWARE: §
§
TIMOTHY CAIRNS, §
Petitioner. §

Submitted: August 27, 2015
Decided: September 2, 2015

Before **STRINE**, Chief Justice; **HOLLAND**, and **SEITZ**, Justices

## O R D E R

This 2nd day of September 2015, the Court has considered Timothy Cairns' petition for reinstatement, the Office of Disciplinary Counsel's response in opposition, and Cairns' reply. The Court has determined that the petition for reinstatement should be denied without prejudice to Cairns' right to file a new petition upon disposition of the disciplinary proceedings pending before the Board on Professional Responsibility.

NOW, THEREFORE, IT IS ORDERED that Cairns' petition for reinstatement is hereby DENIED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice